AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, David C | U.S. District Court | 07/24/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 835<br>Charleston, SC 29402 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust (Trust #1) |
| 2. Trustee | Article 5 Trust |
| 3. Trustee | Article 6 Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 20 P 12: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Charleston School of Law | $ 24,780 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Professor of Pathology at Medical Univesity of South Carolina - Salary |
| 2. 2006 | Self-employed Forensic Consultant |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | United States District Court | 02/27/06 - Expenses for travel and food for meeting or seminar with another government entity in Columbia, SC. |
| 2. | United States District Court | 03/13/06-03/15/06 - Expenses for travel and food for US Judicial Conference in Washington DC. |
| 3. | United States District Court | 05/06/06-05/07/06 - Expenses for travel and food for meeting of circuit judicial council in Washington DC. |
| 4. | United States District Court | 05/12/06 - Expenses for travel and food for court governance or administrative/maaagerial meetings in Columbia, SC. |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 07/24/2007 |

| | | |
|---|---|---|
| 5. | United States District Court | 06/15/06-06/20/06 - Expenses for travel and food FJC educational seminar in Princeton, NJ. |
| 6. | United States District Court | 09/18/06-09/21/06 - Expenses for travel and food for meeting of US Judicial Conference in Washington DC. |
| 7. | United States District Court | 10/17/06-10/19/06 - Expenses for travel and food meeting of circuit judicial council in Palm Beach, FL. |
| 8. | United States District Court | 10/27/06 - Expenses for travel and food for court governance or adminstrative/managerial meetings in Columbia, SC. |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 07/24/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 07/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | L | T | | | | | |
| 3. Agere Sys Inc | | None | J | T | | | | | |
| 4. Alcatel-Lucent ADR | | | J | T | | | | | |
| 5. Alcoa Inc | | None | | | | | | | |
| 6. Alliance Bernstein Tech Fund Cl B | | None | L | T | redemption | 02/14 | L | A | |
| 7. Allianz Life Franklin Valuemark | A | Dividend | K | T | | | | | |
| 8. Altria Group | A | Dividend | J | T | | | | | |
| 9. American Express Co | A | Dividend | J | T | | | | | |
| 10. American Intl Group Inc | A | Dividend | K | T | | | | | |
| 11. American Intl Group Inc | A | Dividend | J | T | | | | | |
| 12. Ameriprise Financial Inc | A | Dividend | J | T | | | | | |
| 13. Amgen Inc | | None | J | T | | | | | |
| 14. AT&T Inc | A | Dividend | J | T | | | | | |
| 15. AT&T Inc | A | Dividend | J | T | | | | | |
| 16. AT&T Inc | A | Dividend | J | T | | | | | |
| 17. Avaya | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Bank of America | B | Dividend | K | T | | | | | |
| 19.  Bank of America | A | Dividend | J | T | | | | | |
| 20.  Bank of New York Inc | A | Dividend | J | T | | | | | |
| 21.  Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 22.  BP PLC Spons ADR | B | Dividend | L | T | | | | | |
| 23.  Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 24.  Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 25.  Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 26.  Chevron Texaco Corp | B | Dividend | K | T | | | | | |
| 27.  Cisco Sys Inc | | None | J | T | | | | | |
| 28.  Citibank Deposit Program | A | Interest | J | T | | | | | |
| 29.  Citibank Deposit Program | A | Interest | K | T | | | | | |
| 30.  Citibank Deposit Program | A | Interest | K | T | | | | | |
| 31.  Citigroup Inc | C | Dividend | M | T | | | | | |
| 32.  Coca-Cola Co | A | Dividend | J | T | | | | | |
| 33.  Columbia SC due 06/0/06 | | None | | | redemption | 06/01 | J | A | |
| 34.  Comcast Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast Corp | | None | J | T | | | | | |
| 36. CSX Corp | A | Dividend | K | T | | | | | |
| 37. Dell Inc | | None | J | T | | | | | |
| 38. Walt Disney Co | A | Dividend | J | T | | | | | |
| 39. Walt Disney Co | A | Dividend | J | T | | | | | |
| 40. Walt Disney Co | A | Dividend | J | T | | | | | |
| 41. Dover | A | Dividend | J | T | | | | | |
| 42. Dow Chemical | A | Dividend | J | T | | | | | |
| 43. Dow Chemical | A | Dividend | J | T | | | | | |
| 44. E I Dopont Co | A | Dividend | J | T | | | | | |
| 45. Eaton Vance Tax Free Fund | A | Dividend | N | T | | | | | |
| 46. Electronic Data Systems Corp New | A | Dividend | J | T | | | | | |
| 47. Eli Lilly & Co | B | Dividend | K | T | | | | | |
| 48. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 49. Emerson Electric | A | Dividend | K | T | | | | | |
| 50. Expedia Inc | | None | J | T | | | | | |
| 51. Exxon Mobil Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 53. Federal Home Ln Mtg Corp | A | Dividend | J | T | | | | | |
| 54. Federal National Mortgage Assn | A | Dividend | J | T | | | | | |
| 55. First Federal of Charleston | C | Interest | P1 | T | | | | | |
| 56. First Financial Holdings Inc | D | Dividend | O | T | | | | | |
| 57. First Financial Holdings Inc | B | Dividend | M | T | | | | | |
| 58. Freescale Semiconductor Inc | | None | | | sell | 12/04 | J | A | |
| 59. Genetech Inc | | None | K | T | | | | | |
| 60. General Electric Co | B | Dividend | L | T | | | | | |
| 61. General Electric Co | B | Dividend | K | T | | | | | |
| 62. General Electric Co | A | Dividend | K | T | | | | | |
| 63. General Motors Corp | A | Dividend | K | T | | | | | |
| 64. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 65. Growth Fund of America CL A | A | Dividend | K | T | buy | 08/21 | K | | |
| 66. Growth Fund of America CL A | A | Dividend | K | T | buy | 08/21 | K | | |
| 67. Grand Strand WTR & SWR Auth | | None | | | redemption | 06/01 | J | A | |
| 68. HCA Inc | | None | | | sell | 11/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,000 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 70. Hartford Capital Appreciation Fund (IRA) | A | Dividend | M | T | | | | | |
| 71. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 72. Home Depot Inc | A | Dividend | K | T | | | | | |
| 73. Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 74. IBM | A | Dividend | L | T | | | | | |
| 75. Idearc Inc | | None | J | T | distribution | 11/17 | J | | |
| 76. Intel (IRA) | A | Dividend | J | T | | | | | |
| 77. Intel | A | Dividend | J | T | | | | | |
| 78. IAC Interactive Corp | | None | J | T | | | | | |
| 79. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 80. Kimberly Clark | A | Dividend | J | T | | | | | |
| 81. Legg Mason Partners Aggressive Growth FD CL C | | None | J | T | | | | | |
| 82. Legg Mason Value Trust Inc | A | Dividend | L | T | buy | 02/15 | L | | |
| 83. Lincoln National Corp | A | Dividend | J | T | | | | | |
| 84. Linciln National Life Annuity (IRA) | A | Dividend | N | T | | | | | |
| 85. MFS South Carolina Muni Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mass Mutual Life Ins | | None | J | T | | | | | |
| 87. McDonalds Corp | A | Dividend | J | T | | | | | |
| 88. Merrill Lynch & Co Inc | A | Dividend | J | T | | | | | |
| 89. Metlife Ins Co of Connecticut Vintage | A | Dividend | M | T | | | | | |
| 90. Metlife Life & Ann Co of Conn TLAC Port Arch | A | Dividend | M | T | | | | | |
| 91. Metlife Life & Ann Co of Conn TLAC Marquis Portfolio | A | Dividend | N | T | | | | | |
| 92. Microsoft Corp | A | Dividend | J | T | | | | | |
| 93. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 94. Motorola | A | Dividend | J | T | | | | | |
| 95. 3M Company A | A | Dividend | L | T | | | | | |
| 96. NCR Corp New | | None | J | T | | | | | |
| 97. Neenah Paper Inc | A | Dividend | J | T | | | | | |
| 98. Nokia Corp | A | Dividend | J | T | | | | | |
| 99. Norfolok Southern | A | Dividend | L | T | | | | | |
| 100. North Carolina Rental Property (2/3) | C | Rent | O | Q | | | | | |
| 101. Paragon Life Fixed Fund | | None | J | T | | | | | |
| 102. Pepsico Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pfizer Inc | A | Dividend | J | T | | | | | |
| 104. Pfizer Inc | A | Dividend | J | T | | | | | |
| 105. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 106. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 107. Progress Energy | A | Dividend | J | T | | | | | |
| 108. Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 109. Safeway Inc New | A | Dividend | J | T | | | | | |
| 110. SCANA Corp | B | Dividend | K | T | | | | | |
| 111. SCBT | A | Dividend | L | T | | | | | |
| 112. Scherling Plough Corp | A | Dividend | J | T | | | | | |
| 113. Smucker Co New | A | Dividend | J | T | | | | | |
| 114. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 115. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 116. Solectron Corp | | None | J | T | | | | | |
| 117. South Carolina Beach Property | A | Rent | | | sell | 11/15 | P1 | H1 | Palmetto Two LLC |
| 118. St Paul Companies Inc | A | Dividend | J | T | | | | | |
| 119. South Carolina St Ser MB UT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Norton, David C | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. South Financial Group (IRA) | C | Dividend | M | T | | | | | |
| 121. Spectrex | | None | | | sell | 12/18 | J | A | |
| 122. Spectrex (IRA) | | None | J | T | | | | | |
| 123. Suntrust Banks Inc | D | Dividend | N | T | | | | | |
| 124. Synovus Financial Corp | A | Dividend | K | T | | | | | |
| 125. Target Corp | A | Dividend | | | sell | 10/18 | J | A | |
| 126. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 127. Time Warner Inc | A | Dividend | J | T | | | | | |
| 128. UTS Strategic Ten Dow 06-D Portfolio(IRA) | A | Dividend | K | T | | | | | |
| 129. UTS Strategic Ten Dow 06-A Portfolio (IRA) | C | Dividend | L | T | | | | | |
| 130. Verizon | A | Dividend | J | T | | | | | |
| 131. Verizon | A | Dividend | J | T | | | | | |
| 132. Wachovia | C | Dividend | M | T | | | | | |
| 133. Wachovia (IRA) | C | Dividend | L | T | | | | | |
| 134. Washington Mutual Inc | A | Dividend | J | T | | | | | |
| 135. Washington Mutual Investors Fund Cl A | A | Dividend | L | T | | | | | |
| 136. Washington Mutual Investors Fund Cl A | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Washington Mutual Investors | B | Dividend | L | T | | | | | |
| 138. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 139. Wyeth | A | Dividend | J | T | | | | | |
| 140. Wyeth | A | Dividend | K | T | | | | | |
| 141. Zimmer Holdings Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 06/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanations for Part VII. Investmnets and Trusts

1.  Line 4 - Alcatel-lucent ADR, formerly known as Lucent Technologies.

2.  First Federal of Charleston, Inc., shown on 2005 report, now included in line 58 of 2006 report as First Financial Holdings, Inc.

3.  Line 75 - Idearc Inc formed in 2006 through a distribution from Verizon.

4.  Line 81 - Legg Mason Partners Agressive Growth FD CL C, formerly known as Smith Barney Global Biotech Fund L.

5.  Line 89 - Metlife Ins Co of Connecticut Vintage formerly known as Travelers Vintage Fixed Account.

6.  Line 90 - Metlife Life & Ann Co of Conn TLAC Port Arch formerly known as Travelers Life TLAC Port Arch A Annuity.

7.  Line 91 - Metlife Life & Ann Co of Conn TLAC Marquis Portfolio formerly known as Travelers Marquis Fund.

8.  Please see attached for explanation of Trust #1, listed on line 1 of Part I. Positions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date **X** 8/13/07

...LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL ...CTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

TRUST #1

Trust A
12/31/03

Hilliard
Lyons
Account

Cash                    Value J

Stocks

        ██ Eli Lilly & Co.      value K
        ██ Pfizer Inc.          value K

Crops

Heartlan
d Bank

Checking
Money        ⟩   value M
Market

Land

██████  Lain Farm
                        ⟩   Value P2
█████   Ragsdale
        Farm
█████   Tipton Farm